UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CV-21661-LETT

JEROME SKYEAM GATLIN,

      Plaintiff,

v.

ECAPITAL FREIGHT FACTORING
CORP.,

      Defendant.

_____/

**REPORT AND RECOMMENDATION**
**OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE comes before the Court on the Court's sua sponte review of the docket. The Plaintiff, Jerome Skyeam Gatlin, filed the Complaint for Breach of Contract and Request for Emergency Injunctive Relief on April 10, 2025. ECF No. 1. On April 13, 2025, the Court denied without prejudice the Motion for Emergency Injunctive Relief. ECF No. 5. On May 6, 2025, the Court directed Mr. Gatlin to have a summons issued and serve the summons and copy of the complaint on the Defendant in compliance with Federal Rule of Civil Procedure 4(c)(1) and 4(m), and gave the Plaintiff 21 days from the date of the Order to obtain a summons and begin the process of serving the Defendant. ECF No. 6. The Order further warned that failure to comply could result in sanctions, including the dismissal of the action. *Id.* More than double that amount of time has passed, and to date, Plaintiff has not attempted to have that summons issued and has not presented any additional filings

with the Court. *See generally,* Docket.

Under Federal Rule of Civil Procedure 41(b), failure to comply with court orders may warrant the dismissal of a case. Additionally, courts have the inherent power to act *sua sponte* to dismiss actions based on a plaintiff's failure to prosecute a case. *See Kelly v. Astrue,* 5:08-CV-258-Oc-10GRJ, 2009 WL 302167, at *2 (M.D. Fla. Feb. 6, 2009) (adopting a Report and Recommendation to dismiss a complaint after a pro se plaintiff failed to prosecute the case after filing the complaint and failed to respond to a court order to provide completed service of process forms and summonses).

Having reviewed the record and being fully advised in the premises, it is hereby **RECOMMENDED** that the Complaint be **DISMISSED without prejudice** for failure to comply with the Court's Order and failure to prosecute the case. It is further **RECOMMENDED** that the Clerk of Court be **DIRECTED** to **CLOSE** the case. Plaintiff may move to reopen the case upon the filing of a new complaint.

**DONE and ORDERED** in Chambers in Miami, Florida on this 7th day of July, 2025.

_____

**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record

2