UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21661-CV-WILLIAMS

JEROME SKYEAM GATLIN,

    Plaintiff,

v.

ECAPITAL FREIGHT FACTORING CORP,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Enjolique A. Lett's Report and Recommendations (DE 8) ("***Report***") on Plaintiff Jerome Skyeam Gatlin's ("***Plaintiff***") Motion for Emergency Preliminary Injunction (DE 1) ("***Motion***"). In the Report, Judge Lett recommends that Plaintiff's Complaint (DE 1) be dismissed. (DE 8 at 2.) Specifically, Plaintiff has failed to comply with Judge Lett's prior order (DE 6) requiring him "to have a summons issued and serve the summons and copy of the complaint on the Defendant." *Id.* at 1.

No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Lett's Report (DE 8) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.
3. All hearings, trial, and deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 23rd day of July, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE